THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEBORAH LEPINE, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>PETSMART, INC., a Delaware Corporation,<br><br>                    Defendant. | No. 3:17-cv-05488-BHS<br><br>DEFENDANT'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Fed. R. Civ. P. 7.1, Defendant PetSmart, Inc. hereby states that it is not a parent, subsidiary, or other affiliate of a publicly owned corporation, and no entity holds a ten percent (10%) or more ownership interest in it.  There is no publicly owned corporation that is not a party to this case with a financial interest in the outcome.

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT (No. 3:17-cv-05488-BHS) –1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

| | |
|---|---|
| DATED: August 23, 2017 | By: <u>s/ Chelsea Dwyer Petersen</u><br>By: <u>s/ Emily Bushaw</u><br>Chelsea Dwyer Petersen #33787<br>Emily A. Bushaw #41693<br>Attorneys for Defendant Petsmart, Inc.<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br>Email:   CDPetersen@perkinscoie.com<br>            EBushaw@perkinscoie.com |

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT (No. 3:17-cv-05488-BHS) –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I certify that on August 23, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

| | |
|---|---|
| T. David Copley<br>Tana Lin<br>Keller Rohrback<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Telephone:  206-623-1900<br>Facsimile:  206-623-3384<br>Email: dcopley@kellerrohrback.com<br>          tlin@kellerrohrback.com | Julian Hammond<br>Hammond Law, P.C.<br>1829 Reisterstown Rd., Suite 410<br>Baltimore, MD 21208<br>Telephone:  310-601-6766<br>Email: jhammond@hammondlawpc.com |
| Attorneys for Plaintiff | Attorneys for Plaintiff |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 23rd day of August, 2017 in Seattle, Washington.

*s/ Chelsea Dwyer Petersen*
Chelsea Dwyer Petersen #33787

CERTIFICATE OF SERVICE (No. 3:17-cv-05488-BHS) –1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000