Hon. Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| **DEBORAH LEPINE**, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br>v.<br><br>**PETSMART, INC.,** a Delaware Corporation,<br><br>                      Defendant. | Case No. 3:17-cv-05488-BHS<br><br>**STIPULATED MOTION FOR SECOND NOTICE AND DISTRIBUTION PURSUANT TO COURT-APPROVED CLASS ACTION SETTLEMENT AGREEMENT**<br><br>NOTED FOR HEARING DATE: NOVEMBER 30, 2018 |

STIPULATION FOR SECOND NOTICE
AND DISTRIBUTION
CASE NO. 3:17-cv-05488-BHS

HAMMONDLAW, P.C.
1829 REISTERSTOWN RD., SUITE 410
BALTIMORE, MD 21208; P: (310) 601-6766

1   Plaintiff Deborah Lepine and Defendant PetSmart, Inc, through their undersigned counsel of record, hereby stipulate and move this Court for an order granting approval of a second notice and distribution pursuant to the Court-approved Class Action Settlement Agreement based on the following:

WHEREAS, on October 10, 2018, the Court granted final approval of Class Action Settlement (Dkt. 39);

WHEREAS, after the Court's entry of the Final Approval Order, Defendant informed Class Counsel that it had discovered that it had inadvertently excluded 70 individuals (the "Newly Identified Class Members") from the initial class list provided to the Settlement Administrator;

WHEREAS, Defendant has conducted a rigorous analysis of its timekeeping, payroll and Human Resources databases and is confident that it has discovered all Newly Identified Class Members. *See* Declaration of Liz Wheeler filed with this Motion;

WHEREAS, as a result, the parties agree to send a second notice to the Newly Identified Class Members, informing them of the nature of the lawsuit and the Settlement Agreement, their anticipated individualized settlement payment amounts, and their right to object or opt out of the settlement;

WHEREAS, the second notice will be identical in substance to the original class notice issued to the original Class Members and approved by this Court (Dkts. 28, 39), including provisions for opting-out and objecting to the Settlement, but with some slight modifications to explain the need for a secondary distribution, and to provide updated calculations showing each Newly Identified Class Members' individual settlement share;

WHEREAS, the parties further agree that after completion of the secondary notice, a second non-reversionary payment shall be made by Defendant in the amount of $125,000 and distributed as follows:

STIPULATION FOR SECOND NOTICE  
AND DISTRIBUTION  
CASE NO. 3:17-cv-05488-BHS  

HAMMONDLAW, P.C.  
1829 REISTERSTOWN RD., SUITE 410  
BALTIMORE, MD 21208; P: (310) 601-6766  

142265485.1

(a) Settlement administration costs of no more than $1,000 to Simpluris, Inc. for administering the second notice and distribution.

(b) Class Counsel will also seek approval of attorneys' fee in the amount of 30% of the secondary distribution, or $37,500. This is the same percentage sought (30%) and approved by the Court in relation to the original $700,000 Settlement Amount. (Dkt. 30, p. 12; Dkt. 39).

(c) Class Counsel will seek $1,268.24 for reimbursement of litigation costs and expenses incurred obtaining approval of the secondary notice.

(d) The remaining balance, which the parties estimate to be $85,231.76, to be paid to the Newly Identified Class Members who do not opt-out of the secondary distribution. The parties agree that the value of each Newly Identified Class Members' Groom Pay Period shall be $17.06, the same value of the Groom Pay Period payments approved by the Court (Dkt. 36, p. 4). The parties further agree that the Newly Identified Class Members worked approximately 4,996 Groom Pay Periods, so the total amount to be allocated to the Newly Identified Class Members is estimated to be approximately $85,231.76.

WHEREAS, pursuant to the Final Approval Order entered by this Court, the deadline for PetSmart to deliver the original Settlement Amount of $700,000 to the Administrator is December 11, 2018; the deadline for distribution of Attorney Fees, Costs and Class Representative Award is December 18, 2018, and the deadline to distribute funds to the original Class Members is December 27, 2018;

WHEREAS, the parties agree that the distribution of the original Settlement Amount shall be made in accordance with the Final Approval Order and should not be postponed pending the Court's determination of the parties' request for secondary notice and distribution, so that the original Class Members who are participating in the original distribution can obtain relief without further delay;

STIPULATION FOR SECOND NOTICE
AND DISTRIBUTION
CASE NO. 3:17-cv-05488-BHS

HAMMONDLAW, P.C.
1829 REISTERSTOWN RD., SUITE 410
BALTIMORE, MD 21208; P: (310) 601-6766

142265485.1

WHEREAS, pursuant to the Final Approval Order, this Court retains exclusive and continuing jurisdiction over the case for purposes of supervising, implementing, interpreting and enforcing the Final Approval Order and the Settlement Agreement, as may become necessary, until all of the terms of the Settlement Agreement have been fully carried out (Dkt. 39, p. 5);

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, that:

(a) the Court approve sending a secondary notice to the Newly Identified Class Members in a form consistent with Exhibit A attached to the Parties' Proposed Order Granting this Motion;

(b) the Court approve payment and distribution of a secondary Settlement Amount in the amount of $125,000;

(c) the Court approve payments from the secondary Settlement Amount to each Newly Identified Class Member based on a calculation of $17.06 per Groom Pay Period worked in the Class Period; an administration fee of not more than $1,000 to Simpluris, Inc. for administering the second notice and distribution; a payment of 30% of the secondary Settlement Amount in attorneys' fees in the amount of $37,500; and payment of $1,268.24 to Class Counsel for their reasonable incurred litigation costs; and

(d) the Court approve that the distribution of the original Settlement Amount to the original Class Members shall be made in accordance with the deadlines articulated in the Court's Final Approval Order (Dkt. 39).

STIPULATION FOR SECOND NOTICE
AND DISTRIBUTION
CASE NO. 3:17-cv-05488-BHS

HAMMONDLAW, P.C.
1829 REISTERSTOWN RD., SUITE 410
BALTIMORE, MD 21208; P: (310) 601-6766

142265485.1

STIPULATED TO AND RESPECTFULY SUBMITTED AND DATED this 30th day of November, 2018.

<div style="display:flex">
<div>

<u>s/ Julian Hammond</u>
Julian Hammond #52096
HAMMOND LAW, P.C.
1829 Reisterstown Rd., Suite 410
Baltimore, MD 21208
Phone:(310) 601-6766
Fax:(310) 295-2385
Email: jhammond@hammondlawpc.com

<u>s/ T. David Copley</u>
<u>s/ Tana Lin</u>
T. David Copley #19379
Tana Lin #35271
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384
Email: dcopley@kellerrohrback.com
Email: tlin@kellerrohrback.com

*Attorneys for Plaintiff Deborah LePine*

</div>
<div>

<u>s/ Chelsea D. Petersen</u>
<u>s/ Emily A. Bushaw</u>
Chelsea D. Petersen #33787
Emily A. Bushaw #41693
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: (206) 359-3993
Fax: (206) 359-9000
Email:cdpetersen@perkinscoie.com
Email: ebushaw@perkinscoie.com

*Attorneys for Defendant Petsmart, Inc.*

</div>
</div>

STIPULATION FOR SECOND NOTICE
AND DISTRIBUTION
CASE NO. 3:17-cv-05488-BHS

HAMMONDLAW, P.C.
1829 REISTERSTOWN RD., SUITE 410
BALTIMORE, MD 21208; P: (310) 601-6766

142265485.1