IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| DEBORAH LEPINE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PETSMART, INC, a Delaware Corporation,<br><br>Defendant. | Case No.: 3:17-cv-05488-BHS<br><br>**ORDER GRANTING STIPULATED MOTION FOR SECOND NOTICE AND DISTRIBUTION PURSUANT TO COURT-APPROVED CLASS ACTION SETTLEMENT AGREEMENT**<br><br>NOTE ON MOTION CALENDAR: November 30, 2018 |

The Court, having reviewed and considered the Stipulation of the parties, and good cause appearing for the same, HEREBY ORDERS:

1. The Court authorizes the sending of a second notice to the 70 Newly Identified Class Members who were identified after the Court's final approval of the Settlement in this case.

2. The Court preliminarily approves the additional settlement payment of $125,000, in accordance with the finally approved Settlement Agreement. The Court finds that the additional settlement payment is fair and reasonable in that it will compensate the Newly Identified Class Members at the same per-week amount as the original group of Class Members.

3. The Court preliminarily approves distribution of the additional Settlement amount including:

   a. $37,500 as attorneys' fees to Class Counsel, representing 30% of the additional Settlement Amount, the same percentage approved by the Court in its Order Granting Final Approval of Class Action Settlement;

   b. Litigation costs awarded to Class Counsel which shall not exceed $1,268.24;

   c. Administration costs not to exceed $1,000; and

   d. The remaining balance to be paid to the Newly Identified Class Members who do not opt-out of the secondary distribution, based on the number of Groom Pay Periods worked by each Newly Identified Class Members during the Class Period and calculated using a Groom Pay Period value of $17.06.

4. Because the recently discovered Newly Identified Class Members were not provided with notice of the Settlement, notice shall be provided in the same manner already approved by this Court with respect to the initial Class Members:

   a. Within 14 calendar days of this Order, Defendant shall provide the information of the

ORDER GRANTING SECONDARY
NOTICE AND DISTRIBUTION
CASE NO. 3:17-cv-05488-BHS

HAMMONDLAW, P.C.
1829 REISTERSTOWN RD., SUITE 410
BALTIMORE, MD 21208; Tel: 310-601-6766

1  Newly Identified Class Members to the Settlement Administrator.

   b.  Within 24 calendar days of this Order, the Settlement Administrator will send the secondary Class Notice attached hereto as **Exhibit A** ("Class Notice") to the additional Class Members via U.S. First Class Mail.

   c.  Class Members will have 30 calendar days from the date of the mailing to submit requests for exclusion or objections.

   d.  Class Counsel shall file a memorandum of points and authorities in support of their motion for approval of additional attorneys' fees and litigation expenses no later than January 14, 2019, fourteen (14) calendar days before the end of the time within which the Newly Identified Class Members may object to or opt out of the settlement.

   e.  Class Counsel shall file a memorandum of points and authorities in support of the final approval of the secondary payments no later than February 11, 2019, seven (7) calendar days before the final fairness hearing. The Final Fairness Hearing shall be held at 10:00 a.m. on February 25, 2019, to determine whether the additional settlement payment is fair and reasonable and should be approved.

5.  The initial distributions of the $700,000 Settlement Amount shall be made pursuant to the schedule previously approved by the Court in the Final Approval Order (Dkt. 39) so that the Class Members who are participating in the initial distribution can obtain relief without further delay.

ORDER GRANTING SECONDARY
NOTICE AND DISTRIBUTION
CASE NO. 3:17-cv-05488-BHS

HAMMONDLAW, P.C.
1829 REISTERSTOWN RD., SUITE 410
BALTIMORE, MD 21208; Tel: 310-601-6766

Presented by:

s/ Julian Hammond
Julian Hammond #52096
HAMMOND LAW, P.C.
1829 Reisterstown Rd., Suite 410
Baltimore, MD  21208
Phone:(310) 601-6766
Fax:(310) 295-2385
Email:  jhammond@hammondlawpc.com

s/ T. David Copley
s/ Tana Lin
T. David Copley #19379
Tana Lin #35271
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Phone: (206) 623-1900
Fax: (206) 623-3384
Email: dcopley@kellerrohrback.com
Email: tlin@kellerrohrback.com

*Attorneys for Plaintiff Deborah LePine*

s/ Chelsea D. Petersen
s/ Emily A. Bushaw
Chelsea D. Petersen #33787
Emily A. Bushaw #41693
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: (206) 359-3993
Fax: (206) 359-9000
Email:cdpetersen@perkinscoie.com
Email: ebushaw@perkinscoie.com

*Attorneys for Defendant Petsmart, Inc.*

**IT IS SO ORDERED**.

Dated this 4th day of December, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING SECONDARY
NOTICE AND DISTRIBUTION
CASE NO. 3:17-cv-05488-BHS

HAMMONDLAW, P.C.
1829 REISTERSTOWN RD., SUITE 410
BALTIMORE, MD 21208; Tel: 310-601-6766